# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Travis Geery, on behalf of himself and all others similarly situated, | ) C.A. No.: 0:21-cv-02028-SAL ) ) |
| Plaintiff, | ) ) |
| vs. | ) **JOINT MOTION TO STAY** ) **SCHEDULING ORDER** ) **DEADLINES** |
| Davenport Auto Repair and Collision Center, LLC; Brittany Davenport, individually; Kenneth Davenport, individually | ) ) ) ) |
| Defendants. | |

Pursuant to DSC Local Rule 16.00, Plaintiff Travis Geery, on behalf of himself and all others similarly situated, and Defendants Davenport Auto Repair and Collision Center, LLC; Brittany Davenport; and Kenneth Davenport, through their undersigned counsel hereby jointly request that the Court grant a 45-day stay of the deadlines set forth in the Scheduling Order [Dkt. No. 11]. The parties request this stay while they seek documentation and information from third parties that they believe will facilitate resolution of this case without further Court involvement.

Dated: October 14, 2021

Respectfully submitted,

/s/ Casey M. Martens
Casey M. Martens (#12812)
Molly R. Hamilton Cawley (#11838)
MHC Law, LLC
460 King Street, Suite 200
Charleston, SC 29403

1

Tel. (843) 225-8651
Casey@mhc-lawfirm.com
Molly@mhc-lawfirm.com

**ATTORNEYS FOR PLAINTIFF**


/s/W. Mark White
William Mark White
Spencer and Spencer
PO Box 790
Rock Hill, SC 29731
803-327-7191
markwhite@spencerfirm.com

**ATTORNEY FOR DEFENDANTS**