# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Travis Geery, on behalf of himself and all others similarly situated, | C.A. No.: 0:21-cv-02028-SAL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND REQUEST FOR *RUBIN* ORDER** |
| Davenport Auto Repair and Collision Center, LLC; Brittany Davenport, individually; Kenneth Davenport, individually | |
| Defendants. | |

The Parties, through undersigned counsel, hereby give the Court notice that the matter has settled, subject to Court approval, and the Court may issue a *Rubin* order. As soon as the settlement documents have been fully executed, the Parties shall seek the Court's approval of settlement.

Respectfully submitted,

Dated: June 2, 2022

/s/Molly R. Hamilton Cawley
Molly R. Hamilton Cawley (#11838)
Casey Martens (#12812)
MHC Law, LLC
460 King St., Ste. 200
Charleston, SC 29403
Tel: (843) 225-8651
Molly@mhc-lawfirm.com
Casey@mhc-lawfirm.com

**ATTORNEYS FOR PLAINTIFF**

/s/William Mark White_____
William Mark White
Spencer and Spencer
PO Box 790
Rock Hill, SC 29731
803-327-7191
markwhite@spencerfirm.com

**ATTORNEY FOR DEFENDANTS**

0:21-cv-02028-SAL     Date Filed 06/02/22     Entry Number 21     Page 2 of 2